RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 3/9/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| TODD BILLIOT<br>　　LA. DOC #546700<br>VS. | CIVIL ACTION NO. 6:10-cv-1789<br><br>SECTION P<br><br>JUDGE HAIK |
| WARDEN TIM WILKINSON | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITHOUT PREJUDICE** because petitioner has not exhausted available state court remedies prior to filing suit in Federal Court.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this ___9th___ day of ___March___, 2011.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE